UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly L. Rozeboom, Individually and as Trustee for the Next-of-Kin of Shawn M. Rozeboom, Deceased,<br><br>                    Plaintiff,<br>vs.<br><br>Mayo Clinic Rochester, a non-profit corporation, d/b/a Mayo Clinic; Methodist Hospital; Timothy Wilson Service; Timothy O. Wilson, MD; Connie S. Di Marco, MD; Erica L. Berven, MD; Stephen A. Contag, MD; Julie A. Mullen, RN; Melanie H. Dixon, MD; and Laura Sather, RN; each individually and in their capacities as employees of Mayo Clinic/Rochester Methodist Hospital,<br><br>                    Defendants. | Court File No.: 07-CV-1609 (JNE/SRN)<br><br>**STIPULATION TO DISMISS** |

      COMES NOW Plaintiff Kelly L. Rozeboom, individually and in his capacity as the Trustee for the next-of-kin of Shawn M. Rozeboom, together with the Defendants by and through their attorneys of record herein and hereby Stipulate and Agree as follows:

      That Plaintiff filed a Complaint in the above entitled matter; and

      That Plaintiff, Kelly Rozeboom, individually and as Trustee for the Next of Kin of Shawn M. Rozeboom, has determined that his individual interests and the interests of the next of kin of Shawn M. Rozeboom are best served by dismissing the action herein; and

      That the Defendants herein agree to said dismissal; and

That the parties agree that said matter may be dismissed without cost to either party; and

That the parties request that the Court enter its Order dismissing the above entitled action with prejudice pursuant to FRCP 41(a)(1);

WHEREFORE, the parties move the Court to enter its Order dismissing the above and foregoing action with prejudice.

| | |
|---|---|
| Dated: May 25, 2007 | Kelly L. Rozeboom, Individually and as Trustee for the next-of-kin of Shawn M. Rozeboom |

By: s/Kelly L. Rozeboom
    Kelly L. Rozeboom
    1944 340th Street
    Rock Valley, IA  51247
    (712) 982-2307

**PRO SE**

Dated:  May 31, 2007

DORSEY & WHITNEY LLP

By:  s/Heather M. McCann_____
    William R. Stoeri #0140880
    Heather McCann #0386881
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

OF COUNSEL TO DEFENDANT:
Joshua B. Murphy, Esq.
Mayo Clinic
Legal Department
220 First Street SW
Rochester, MN  55905

Attorneys for Defendants

3